October 15, 2004

Mr. Brock C. Akers
Phillips & Akers, P.C.
3200 Southwest Freeway, Suite 3400
Houston, TX 77027
Mr. Don D. Becker
Carroll & Becker
440 Louisiana, Suite 580
Houston, TX 77002

RE: Case Number: 03-0669
 Court of Appeals Number: 06-02-00041-CV
 Trial Court Number: 98-27760

Style: DILLARD DEPARTMENT STORES, INC.
 v.
 LYNDON SILVA

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Charles |
| |Bacarisse |
| |Ms. Linda Rogers |